FA:SD:ec
cv5-50.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

Genowefa Zaranska,

              Petitioner,

    - against -

United States Department of
Homeland Security,

              Respondent.

- - - - - - - - - - - - - - - - X

Misc 04-0169
(Block, J.)

Order

ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ FEB 27 2006 ★
BROOKLYN OFFICE

    It is hereby ORDERED that:
Petitioner's naturalization application, file number A91650638, be adjudicated by the United States Citizenship and Immigration Services (CIS) within ninety (90) days of the docketing of this Order and that this case be closed. Should CIS not adjudicate petitioner's naturalization application within the ninety (90) day period set forth in this Order, then, upon notice by petitioner, this case shall be reopened and the naturalization application adjudicated by this Court.

So ordered: *Based on parties' consent; see letter of Scott Dunn dated February 13, 2006*

_____
FREDRIC BLOCK
United States District Judge
Eastern District of New York
Feb. 15, 2006